UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN PADILLA, | No. 2:15-cv-0494 WBS AC P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| DEBRA M. CORNEZ, | |
| Defendant. | |

Plaintiff, a civil committee under California's Sexually Violent Predators Act, Cal. Welf. & Inst. Code §§ 6600, et seq., has filed a civil rights action pursuant to 42 U.S.C. § 1983. When the alleged violations occurred, plaintiff was in the care and custody of the California Department of State Hospitals in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of

1

1  California sitting in Fresno.

2      2.  All future filings shall reference the new Fresno case number assigned and shall be
3  filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

6  DATED: January 25, 2016

        _____
        ALLISON CLAIRE
        UNITED STATES MAGISTRATE JUDGE